IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    Criminal No. 5:16CR50034

ANTONIO "TBOI" NASH

**FINAL ORDER OF FORFEITURE**

On October 31, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 19). In the Preliminary Order of Forfeiture, an Olympus Camera, Generic Flip Phone, four (4) Samsung Cell Phones, a Microsoft Phone, an Alcatel Cell Phone, Microsoft Cell Phone, iPod, a Tracphone, an LG Cell Phone, two (2) generic flip phones, three (3) generic cell phones, an iPad, an iPhone 6, a Nextbook Tablet, and an LG Flip Phone were forfeited to the United States pursuant to Title 18 U.S.C. § 2428.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 3, 2017, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was January 3, 2017. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 31, 2016, shall become final at this time.

IT IS SO ORDERED this 31st day of March, 2017.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE