AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTONIO "TBOI" NASH | Case No.   5:16CR50034-001 |
| | USM No.    14367-010 |
| | Anna Williams |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)  2, 3, 4, 6, 7, 8, 9, 11, 13, 14, 15, 16, 17, 18, 19, & 22
☒ denied guilt to violation(s)  1, 5, 10, 12, 20, & 21 , which were dismissed without prejudice.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Mandatory Condition #3: Unlawful use of controlled substance | April 3, 2023 |
| 3 | Mandatory Condition #3: Unlawful use of controlled substance | April 28, 2023 |
| 4 | Mandatory Condition #3: Unlawful use of controlled substance | July 17, 2023 |
| 6 | Special Condition #1: Failure to submit to substance abuse testing | July 31, 2023 |
| 7 | Standard Condition #9: Report law enforcement contact | August 24, 2023 |
| 8 | Mandatory Condition #3: Unlawful use of controlled substance | September 18, 2023 |
| 9 | Mandatory Condition #1: New federal, state, or local crime | October 14, 2023 |
| 11 | Criminal Monetary Penalties: Failure to remit fine payment | November 3, 2023 |
| 13 | Mandatory Condition #3: Unlawful use of controlled substance | May 6, 2024 |
| 14 | Special Condition #1: Failure to attend substance abuse treatment | May 21, 2024 |
| 15 | Special Condition #1: Failure to submit to substance abuse testing | June 7, 2024 |
| 16 | Mandatory Condition #1: New federal, state, or local crime | June 9, 2024 |
| 17 | Mandatory Condition #2: Unlawful possession of controlled substance | June 9, 2024 |
| 18 | Standard Condition #8: Association restrictions | June 9, 2024 |
| 19 | Mandatory Condition #3: Unlawful use of controlled substance | June 10, 2024 |
| 22 | Criminal Monetary Penalties: Failure to remit fine payment | July 11, 2024 |

The defendant is sentenced as provided on page  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6045

Defendant's Year of Birth:   1993

City and State of Defendant's Residence:
Fayetteville, Arkansas

August 8, 2024
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

August 19, 2024
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations

DEFENDANT: ANTONIO "TBOI" NASH
CASE NUMBER: 5:16CR50034-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Sixteen (16) months imprisonment with no term of supervised release to follow. Sentence shall run consecutive to any yet to be determined sentence that may or may not be forthcoming from the state system.**

☒ The court makes the following recommendations to the Bureau of Prisons:
1. That the defendant be designated to USP Tucson or FCI Seagoville, to the extent that they have bedspace available in the defendant's classification level.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 3 of 4

DEFENDANT: ANTONIO "TBOI" NASH
CASE NUMBER: 5:16CR50034-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | Assessment | JVTA Assessment* | Fine                              | Restitution |
|--------|------------|------------------|-----------------------------------|-------------|
| TOTALS | $          | $                | $ 1,026.00 (*remaining balance)   | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the   ☒ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | |
|---|---|
| DEFENDANT: | ANTONIO "TBOI" NASH |
| CASE NUMBER: | 5:16CR50034-001 |

Judgment — Page 4 of 4

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $ 1,026.00 due immediately, balance due

    ☐ not later than _____ , or
    ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below); or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F ☒ Special instructions regarding the payment of criminal monetary penalties:

If not paid immediately, any unpaid financial penalty imposed shall be paid during his term of imprisonment at a rate of up to 50% of the defendant's available funds, in accordance with the Inmate Financial Responsibility Program.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.